# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| SUZANNE L. WALSH,<br><br>     Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE BANK USA, N.A., SPECIALIZED LOAN SERVICING, LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendant. | Case No. 2:15-cv-02353-GMN-GWF<br><br>*Assigned to Chief Judge Gloria M. Navarro*<br>*Referred to Magistrate Judge George Foley, Jr.*<br><br>[PROPOSED] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>[*Stipulation filed concurrently herewith*]<br><br>Complaint Filed:  August 6, 2015<br>Trial Date:          TBA |

**ORDER**

The Court has reviewed the Stipulation filed by Plaintiff Suzanne L. Walsh and Defendant Capital One Bank (USA), N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading by thirty (30) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before January 15, 2016.

**IT IS SO ORDERED.**

DATED: December 17, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

1
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT