**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE L. WALSH, | ) |
| Plaintiff | ) Case No. 2:15-cv-02353-GMN-GWF |
| vs. | ) **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  On December 29, 2015, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before January 7, 2016 (Order #14).  To date, Plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **January 25, 2016**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 14th day of January, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge