Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Suzanne L. Walsh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE L. WALSH,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE (USA), N.A., SPECIALIZED LOAN SERVICING, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.:2:15-cv-02353-GMN-GWF<br>Member: 2:15-cv-02354-GMN-GWF<br><br>**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AGAINST DEFENDANT SPECIALIZED LOAN SERVICING, LLC** |

1  **STIPULATION**

2  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
3  Suzanne L. Walsh ("Plaintiff") and Defendant Specialized Loan Servicing, LLC
4  ("SLS") stipulate to dismiss with prejudice, each party to bear its own costs,
5  disbursements and attorney fees, Plaintiff's claims against SLS **only as they relate**
6  **to its allegations against SLS relating to Equifax, the Dispute Notice to**
7  **Equifax, SLS's response to the Dispute Notice to Equifax, and the Equifax**
8  **credit report, as set forth in ECF No. 29-1 at pp. 16-21, ¶¶ 61-83**.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Plaintiff specifically excludes from this stipulation Plaintiff's claims against
2  SLS relating to any Experian credit reports, ECF No. 1-2.
3
4  DATED this 8th day of September 2016.
5
6  **Kazerouni Law Group, APC**
7  By: /s/ Michael Kind
8  Michael Kind, Esq.
   7854 W. Sahara Avenue
9  Las Vegas, NV 89117
10 *Attorneys for Plaintiff*
11 **Ballard Spahr LLP**
12
13 By: /s/ Matthew A. Morr
   Matthew A. Morr, Esq.
14 1225 17th Street
   Suite 2300
15 Denver, CO 80202
16
17 Matthew David Lamb, Esq.
   1909 K Street, NW, 12th Floor
18 Washington, DC 20006-1157
   *Attorneys for Specialized Loan Servicing, LLC*
19
20           IT IS SO ORDERED:
21           _____
22           UNITED STATES DISTRICT JUDGE
23
24           DATED: September 23, 2016
25
26
27
28

1  **CERTIFICATE OF SERVICE**

2  I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil
3  Procedure that on September 8, 2016, the foregoing STIPULATION was served via
4  CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117