Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Suzanne L. Walsh*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE L. WALSH,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., SPECIALIZED LOAN SERVICING, LLC, EQUIFAX INFORMATION SERVICES, LLC, MORTGAGE SERVICE CENTER, ROUNDPOINT MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No.:2:15-cv-02353-GMN-GWF<br>Case No.: 2:15-cv-02354-GMN-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MORTGAGE SERVICE CENTER** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Suzanne L. Walsh ("Plaintiff") and Defendant Mortgage Service Center ("MSC") stipulate to dismiss with prejudice Plaintiff's claims against MSC.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 8th day of September 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Joseph P. Sakai
Joseph P. Sakai, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
*Attorneys for Mortgage Service Center.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 8, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT MORTGAGE SERVICE CENTER was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
　　Michael Kind
　　7854 W. Sahara Avenue
　　Las Vegas, NV 89117