1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   7854 W. Sahara Avenue
3  Las Vegas, NV 89117
   Phone: (800) 400-6808 x7
4  FAX: (800) 520-5523
5  mkind@kazlg.com

6  David H. Krieger, Esq. (SBN: 9086)
7  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
8  Henderson, Nevada 89123
9  Phone: (702) 880-5554
   FAX: (702) 385-5518
10 dkrieger@hainesandkrieger.com

11
12 *Attorneys for Plaintiff*

13

14

15            **UNITED STATES DISTRICT COURT**
16               **DISTRICT OF NEVADA**

17
18 | Suzanne L. Walsh, | Case No: 2:15-cv-02353-GMN-GWF |
19 | | Case No: 2:15-cv-02354-GMN-GWF |
   | Plaintiff, | |
20 | v. | **STIPULATION REGARDING** |
   | | **CERTAIN CLAIMS AGAINST** |
21 | Mortgage Service Center, | **DEFENDANT SPECIALIZED** |
22 | Specialized Loan Servicing, LLC | **LOAN SERVICING, LLC** |
   | and Experian Information | |
23 | Solutions, Inc., | |
24 | | |
   | Defendants. | |
25
26
27
28

### STIPULATION

1
2        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
3   Suzanne L. Walsh ("Plaintiff") and Defendant Specialized Loan Servicing, LLC
4   ("SLS") stipulate and agree that Plaintiff will no longer pursue Plaintiff's claims
5   against SLS relating to SLS's alleged obligations in connection with the dispute
6   sent by Plaintiff on March 18, 2015 (the "March Dispute") and that those claims are
7   dismissed with prejudice.  FAC, ECF No. 60, ¶¶ 65-80.

8        Plaintiff and SLS stipulate and agree that they will resolve any costs or
9   attorneys' fees issues relating to the March Dispute at the conclusion of the action.

10       Plaintiff specifically excludes from this stipulation Plaintiff's claims against
11  SLS relating to any dispute letter sent in July 2016 (the "July Dispute"), regardless
12  of the date that appears on the letter sent in July.  FAC, ECF No. 60, ¶ 81-97.

13       SLS specifically reserves all defenses relating to the July Dispute, including
14  that the letters sent in July do not raise a dispute relating to SLS and SLS had no
15  duty to conduct an investigation, as set forth in SLS's Motion to Dismiss.  ECF
16  No. 63.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    The parties therefore agree that SLS's Motion to Dismiss the Amended
2  Complaint, ECF No. 63, covers all remaining claims in this action.

3

4    DATED this 27th day of October 2016.

5

6  **Kazerouni Law Group, APC**

7  By:  /s/ Michael Kind
   Michael Kind, Esq.
8  7854 W. Sahara Avenue
9  Las Vegas, NV 89117
   *Attorneys for Plaintiff*

10

11  **Ballard Spahr LLP**

12  By:  /s/ Matthew A. Morr
   Matthew A. Morr, Esq.
13  1225 17th Street
14  Suite 2300
   Denver, CO 80202
15  *Attorneys for Specialized Loan Servicing, LLC*

16

17         IT IS SO ORDERED:

18         _____

19         UNITED STATES DISTRICT JUDGE

20

21         DATED:  October 27, 2016

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 27 2016, the foregoing STIPULATION REGARDING CERTAIN CLAIMS AGAINST DEFENDANT SPECIALIZED LOAN SERVICING, LLC was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117