Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Suzanne L. Walsh,<br><br>                    Plaintiff,<br><br>v.<br><br>Mortgage Service Center, Specialized Loan Servicing, LLC and Experian Information Solutions, Inc.,<br><br>                    Defendants. | Case No.: 2:15-cv-02353-GMN-GWF<br>Case No.: 2:15-cv-02354-GMN-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE PRETRIAL ORDER** |

1  Pursuant to LR 26-1(b)(5), Plaintiff Suzanne L. Walsh and Defendant
2  Specialized Loan Servicing, LLC ("SLS" and together with Plaintiff as the
3  "Parties"), by and through their respective counsel, hereby stipulate to modify the
4  Court's October 21, 2016 Scheduling Order (ECF No. 67) to extend the last date to
5  file the joint pretrial order from December 1, 2016 to **30 days after this Court's**
6  **decision on the dispositive motions**. *See* LR 26-1(b)(5).

7  Plaintiff filed her Motion for Partial Summary Judgment on November 1,
8  2016. ECF No. 71. Defendant filed its Motion for Summary Judgment on the same
9  date. ECF No. 72. LR 26-1(b)(5) states that "If dispositive motions are filed, the
10 deadline for filing the joint pretrial order will be suspended until 30 days after
11 decision on the dispositive motions or further court order."

12 For these reasons, the Parties jointly request that this Court modify the
13 October 21, 2016 Scheduling Order (ECF No. 67) to provide additional time for the
14 parties to file the joint pretrial order in light of the pending dispositive motions.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This is the third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of December 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Ballard Spahr LLP**

By: /s/ Matthew A. Morr
Matthew A. Morr, Esq.
1225 17th Street
Suite 2300
Denver, CO 80202

Matthew David Lamb, Esq.
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
*Attorneys for Specialized Loan Servicing, LLC*

**ORDER**

IT IS ORDERED THAT the October 21, 2016 Scheduling Order (ECF No. 67) is hereby modified as follows: the last date to file the joint pretrial order shall be 30 days after this Court's decision on the dispositive motions, ECF Nos. 71, 72.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 1, 2016, the foregoing STIPULATION TO EXTEND TIME TO FILE PRETRIAL ORDER was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117