**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SUZANNE L. WALSH,

    Plaintiff

vs.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

Case No. 2:15-cv-02353-GMN-GWF

**ORDER**

This matter is before the Court on Defendant Roundpoint Mortgage's Notice of Disassociation and Wtihdrawal of Counsel (ECF No. 84), filed on February 24, 2017.

Counsel for Defendant represents that Christopher S. Connell, Esq. is no longer associated with the law firm of Wright, Finlay & Zak, LLP.  Therefore, counsel requests that Mr. Connell be removed as attorney of record for Defendant.  Counsel also indicates that Mr. Connell's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorney Dana Jonathon Nitz, Esq. of Wright, Finlay & Zak, LLP.  The Court finds that counsel has provided good cause to justify granting Mr. Connell's withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Roundpoint Mortgage's Notice of Disassociation and Withdrawal of Counsel (ECF No. 84) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Christopher S. Connell, Esq. from the CM/ECF service list in this case.

DATED this 27th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge