Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Suzanne L. Walsh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE L. WALSH, | CASE NO. 2:15-cv-02353-GMN-GWF |
| Plaintiff, | [CASE NO. 2:15-cv-02354-GMN-GWF] |
| v. | **STIPULATION OF DISMISSAL, WITH PREJUDICE** |
| SPECIALIZED LOAN SERVICING LLC, | |
| Defendants. | |

Pursuant to Rule 41(a), the parties stipulate to the dismissal of this action, with prejudice,

///

///

///

each party to bear her or its own attorneys' fees and costs.

Dated: April 14, 2017.

                                              KAZEROUNI LAW GROUP, APC

                                              By: /s/ Michael Kind
                                              Michael Kind
                                              7854 W. Sahara Ave.
                                              Las Vegas, Nevada 89117

                                              *Attorneys for Plaintiff*
                                              *Suzanne L. Walsh*


                                              BALLARD SPAHR LLP


                                              By: /s/ Matthew A. Morr
                                              Matthew A. Morr (admitted *pro hac vice*)
                                              BALLARD SPAHR LLP
                                              1225 Seventeenth Street, Suite 2300
                                              Denver, Colorado 80202-5596

                                              Matthew D. Lamb
                                              Nevada Bar No. 12991
                                              100 North City Parkway, Suite 1750
                                              Las Vegas, Nevada 89106

                                              *Attorneys for Defendant*
                                              *Specialized Loan Servicing LLC*


                                              IT IS SO ORDERED:

                                              _____
                                              UNITED STATES DISTRICT JUDGE

                                              DATED: April 19, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 14th day of April, 2017, and pursuant to Fed. R. Civ. P. 5(b), I served **STIPULATED NOTICE OF DISMISSAL, <u>WITH PREJUDICE</u>** via CM/ECF to all counsel as listed on the CM/ECF-generated Notice of Electronic Filing to receive notice via electronic service in this matter.

/s/ Michael Kind